1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   CALEB LAVON WRIGHT
7

8

   IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA,           | CR 11-00935 SBA
12 |                  Plaintiff,         | ORDER FOR CONTINUANCE OF
   |                                     | STATUS HEARING AND EXCLUSION
13 |        v.                           | OF TIME UNDER THE SPEEDY TRIAL
   |                                     | ACT, 18 U.S.C. SECTION 3161(H)(7)(A)
14 | CALEB LAVON WRIGHT,                 | & (B)(iv)
15 |                  Defendant.         |

16

17

18                                **ORDER**

19         GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court

20  hereby orders that the status hearing set for April 2, 2012 at 10:00 a.m., before the Honorable

21  Saundra Brown Armstrong, be vacated and reset for April 24, 2012 at 10:00 a.m..

22         Based upon the representation of counsel and for good cause shown, the Court finds that

23  failing to exclude the time between April 2, 2012 and April 24, 2012 would unreasonably deny the

24  defense the reasonable time necessary for effective preparation, taking into account the exercise of

25  due diligence. Additional time is thus needed for effective preparation of counsel, as well as

26
    CR 11-00935 SBA
    [Proposed] Order for Continuance of Status
    Hearing and Exclusion of Time            1

continuity of counsel.  18 U.S.C. § 3161(h)(7) and (B)(iv).  The court further finds that the ends of justice served by the granting of the continuance from April 2, 2012 until April 24, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial .

    Based on these findings, IT IS HEREBY ORDERED that the time between April 2, 2012 and April 24, 2012 be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv).

DATED: 3/29/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

CR 11-00935 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time     2