1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   CALEB LAVON WRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 11-0935 SBA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| CALEB LAVON WRIGHT, | |
| Defendant. | |

On May 1, 2012, this Court modified the conditions of pretrial release for Caleb Wright to permit him to live at the home of Tracy Mims, who is also acting as his custodian, upon his completion of the program in which he is currently enrolled. Mr. Wright was also ordered to remain at the house, on electronic monitoring, unless attending one of a number of events listed on his bond form.

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Caleb Wright may be modified to allow him to attend church on Sundays at Word Assembly, 2333 Harrison Street, Oakland, California, between 9:00 a.m. and 1:30 p.m. (this includes travel time to and from the church) subject to approval from Pretrial Services. Pretrial

CR 11-0935 SBA
Stipulation and Order Modifying Pretrial
Release Conditions                              1

Services Officer Victoria Gibson is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: May 11, 2012                          /s/
                                    ELLEN V. LEONIDA
                                    Assistant Federal Public Defender

DATED: May 11, 2012                          /s/
                                    BRIGID MARTIN
                                    Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Caleb Wright may be modified to allow him to attend church on Sundays at Word Assembly, 2333 Harrison Street, Oakland, California, between 9:00 a.m. and 1:30 p.m., subject to approval from Pretrial Services. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 5/10/2012

                                    DONNA M. RYU
                                    United States Magistrate Judge

CR 11-0935 SBA
Stipulation and Order Modifying Pretrial
Release Conditions                           2