MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:   Brigid. Martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00935 SBA |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| CALEB LAVON WRIGHT, | ) | |
| Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant in the above-captioned matter without prejudice.  The defendant is not

//

NOTICE OF DISMISSAL
No. CR 11-00935 SBA

1  currently in custody.

3  DATED:   February 4, 2013					Respectfully submitted,

4								MELINDA HAAG
								United States Attorney

6								_____/s/_____
								MIRANDA KANE
7								Chief, Criminal Division

9                                              **ORDER**

10         Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is

11  granted to the United States to dismiss without prejudice the above-captioned indictment.

13  DATED: _2/5/13					         _Saundra B Armstrong_____
								HON. SAUNDRA B. ARMSTRONG
14								United States District Judge

NOTICE OF DISMISSAL
No. CR 11-00935 SBA